TO: CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

MINUTES OF MEETING OF CREDITORS

CASE NAME : *Cafe America, Inc.*    CASE NUMBER : 11-04119 SEK
             *d/b/a American Deli*    CHAPTER : 11
             *d/b/a American Deli & Grill*    JUDGE : SEK

DATE OF MEETING: 6/20/11    TIME OF MEETING: 9:00 am

TRACK NUMBER : 001

METER READING
    START : 0:00 (hr:min)
    END : 1:18 (hr:min)

1) DEBTOR:
( ) PRESENT
( ) NOT PRESENT
( ) SPOUSE NOT PRESENT

2) DEBTOR'S ATTORNEY:
( ) PRESENT
( ) NOT PRESENT

3) CREDITORS:
( ) PRESENT (See attachment)
( ) NOT PRESENT

4) TRUSTEE:
( ) HAS BEEN APPOINTED
    NAME OF TRUSTEE:_____
(X) HAS NOT BEEN APPOINTED

5) UNSECURED CREDITORS COMMITTEE:
( ) HAS BEEN APPOINTED
(X) HAS NOT BEEN APPOINTED

6) SCHEDULES:
(X) HAVE BEEN FILED
( ) HAVE NOT BEEN FILED

7) STATEMENT OF FINANCIAL AFFAIRS:
(X) HAS BEEN FILED
( ) HAS NOT BEEN FILED

8) INVENTORY OF THE PROPERTY OF THE DEBTOR'S ESTATE:
(X) HAS BEEN FILED *Sch-B*
( ) HAS NOT BEEN FILED

9) PROOF OF CLOSING PRE-PETITION BANK ACCOUNTS:
( ) HAS BEEN FILED
( ) HAS NOT BEEN FILED

10) PROOF OF OPENING DEBTOR IN POSSESSION BANK ACCOUNTS:
(X) HAS BEEN FILED
( ) HAS NOT BEEN FILED

11) TAX RETURNS LAST TWO YEARS:
(X) HAVE BEEN FILED
( ) HAVE NOT BEEN FILED

12) FINANCIAL STATEMENT(s) LAST TWO YEARS:
(X) HAVE BEEN FILED
( ) HAVE NOT BEEN FILED

13) RENT ROLL:    N/A
( ) HAS BEEN FILED
( ) HAS NOT BEEN FILED

14) PROOF OF INSURANCE:
(X) HAS BEEN FILED
( ) HAS NOT BEEN FILED

15) MEETING:
( ) CLOSED
( ) CONTINUED TO:
    DATE:_____
    TIME:_____

### 16) COMMENTS:

I. Meeting held and Closed subject to certain amendments to the Petition, Schedules and the Statement of Financial Affairs and to documents to be produced to the United States Trustee and to CRIM. Debtor agreed to comply within 15 days, that is, by **July 5, 2011**:

**II. Amendments to Petition, Schedules and Statement of Financial Affairs:**

1. *Petition* - Amend to provide street address. The post office address was incorrectly indicated.

2. *Statement of Financial Affairs, Item #1* - Provide information regarding income for 2011.

**III. Documents to be produced to the United States Trustee:**

1. Evidence of closing pre-petition bank accounts.

**IV. Documents to be produced to CRIM:**

1. First page of stamped copy of 2008, 2009 and 2010 Personal Property Tax Returns.

**V. Other:**

1. Debtor to give **notice required by Rule 1007-1** to creditors listed in Schedule F as contingent, unliquidated and/or disputed.

*[Electronically Filed]*

|  |  |
|---|---|
| /s/ Nancy Pujals | 6/20/11 |
| PRESIDING OFFICER | DATE |

Nancy Pujals
Trial Attorney
USDC-PR No. 201103
OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444 / Fax: (787) 729-7449

| NAME | PARTY REPRESENTED (IF ATTORNEY) | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Carmen P. Figueroa | CRIM | PO Box 195387 San Juan PR 00919 | tel 787-625-2746 x2112 | fax 787-625-4073 |